NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————

**EMCORE CORPORATION** AND **JDS UNIPHASE CORPORATION,**
*Plaintiffs-Appellees,*

**v.**

**OPTIUM CORPORATION,**
*Defendant-Appellant.*

———————

2010-1258

———————

Appeal from the United States District Court for the Western District of Pennsylvania in Case No. 07-CV-0326, Chief Judge Donetta W. Ambrose.

———————

**JUDGMENT**

———————

GREGORY A. CASTANIAS, Jones Day, of Washington, DC argued for plaintiffs-appellees. With him on the brief were SHERYL H. LOVE, Jones Day, of Cleveland, Ohio; and ISRAEL SASHA MAYERGOYZ, of Chicago, Illinois; and CECILIA R. DICKSON, of Pittsburgh, Pennsylvania.

DOUGLAS J. KLINE, Goodwin Procter, LLP, of Boston, Massachusetts, argued for defendant-appellant. With him on the brief were DON M. KENNEDY, ROBERT D. CARROLL, and SAFRAZ W. ISHMAEL. Of counsel was KIRSTEN VALERIE K. ROBBINS, Goodwin Procter, LLP, of Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and MOORE, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 26, 2011     /s/ Jan Horbaly
Date          Jan Horbaly
              Clerk